1  JIM D. SMITH
   ATTORNEY AT LAW
2  221 S. Second Avenue
   Yuma, Arizona 85364
3  Telephone: (928) 783-7809
   Attorney No. 2661
4
   Attorney for Trustee
5

6

7              **IN THE UNITED STATES BANKRUPTCY COURT**

8                  **FOR THE DISTRICT OF ARIZONA**

9  In re:                              )    Chapter 7
                                       )
10 WILLIAM CHARLES NICHOLSON and       )    Case No. B-08-11280-YUM-EWH
   CHRISTIE RENEE NICHOLSON,           )
11                                     )    APPLICATION TO PAY DIVIDEND
                                       )     LESS THAN $5.00 TO THE CLERK
12              Debtors.               )    OF THE U.S. BANKRUPTCY COURT
                                       )
13 ─────────────────────────────────────

14         JIM D. SMITH, Trustee, reports that the following dividend in amount less than $5.00 was declared,

15 and that pursuant to Bankruptcy Rule 3010 requests that such dividend not be distributed to the creditor, but

16 shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

17
    CLAIM NO.     CREDITOR'S NAME AND ADDRESS                          AMOUNT
18      7         LES SCHWAB TIRE CENTERS OF NEVADA, INC., PO          $ 2.32
                  BOX 5350, BEND OR 97708
19
        9         eCAST Settlement Corporation assignee of HSBC Bank Nevada   $ 2.73
20                and its Assigns, POB 35480, Newark, NJ 07193-5480
21                **Total**                                           **$ 5.05**

22

23        ___9-15-10___              /s/ Jim D. Smith
              DATE                   JIM D. SMITH, TRUSTEE
24

25

26 F:\MyFiles\nicholson.william.pay.dividend.$5.less.Clerk.motion.wpd